IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARRIOR WEEKEND CORPORATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No.1:16-cv-00427-SLR |
| ) | |
| v. ) | |
| ) | |
| STEPHEN T. UDOVICH, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Warrior Weekend Corporation and Defendant Stephen T. Udovich that the above-captioned action is hereby dismissed, each party to bear their own fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

**MORRIS JAMES LLP**

_/s/ Patricia A. Winston_  
Jason C. Jowers (#4721)  
Patricia A. Winston (#5248)  
500 Delaware Avenue, Suite 1500  
Wilmington, DE 19801  
(302) 888-6800  
*Attorneys for Plaintiff*

_/s/ S. T. Udovich_   10-13-16  
Stephen T. Udovich  
421 Scarecrow Court  
Hockessin, DE 19707

*Pro Se Defendant*

Dated: October 17, 2016